IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTIAN OMAR MARQUEZ-CRUZ<br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 18-673 (ADC)<br><br>VIOLATIONS:<br>21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 1791(a)(1)<br><br>THREE COUNTS |

THE GRAND JURY CHARGES:

### COUNT ONE
**Possession with Intent to Distribute Suboxone**
(Title 18, United States Code, Section 841(a)(1))

On or about September 17, 2018, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**CHRISTIAN O. MARQUEZ-CRUZ**,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of buprenorphine, also known as Suboxone, a Schedule III narcotic controlled substance. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E).

### COUNT TWO
**Attempt to Distribute Buprenorphine to Federal Inmate**
(Title 18, United States Code, Section 1791(a)(1))

On or about September 17, 2018, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**CHRISTIAN O. MARQUEZ-CRUZ**,

contrary to Title 21, United States Code, Section 841(a)(1) and Title 28, Code of Federal Regulations, Section 6.1, attempted to provide a prohibited object, namely, a mixture or substance containing a

1

detectable amount of buprenorphine, also known as Suboxone, a Schedule III narcotic controlled substance, to an inmate of the Metropolitan Detention Center a federal detention center, while at the Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse.   All in violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(b)(1).

## COUNT THREE
**Attempt to Distribute Sim Cards to Federal Inmate**
(Title 18, United States Code, Section 1791(a)(1))

On or about September 17, 2018, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**CHRISTIAN O. MARQUEZ-CRUZ,**

contrary to Title 28, Code of Federal Regulations, Sections 6.1, 553.12, and 500.1(h) attempted to provide a prohibited object, namely, sim cards, to an inmate of the Metropolitan Detention Center, a federal detention center, while at the Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse.   All in violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(b)(4).

Date: Oct. 24, 2018

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

Timothy R. Henwood
First Assistant United States Attorney

Jenifer Y. Hernandez-Vega
Assistant United States Attorney
Chief, Violent Crimes Unit

Alexander L. Alum
Assistant United States Attorney
Violent Crimes Unit

2